**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 14-43171
        §
SHAMEEKA D PARTLOW  §
        §
        §
        §
        Debtor(s)  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 09/22/2015, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/24/2015          By:   /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-43171
§
SHAMEEKA D PARTLOW §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,981.69
*and approved disbursements of* $495.66
*leaving a balance on hand of[1]:* $5,486.03

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $5,486.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,300.64 | $0.00 | $1,300.64 |
| David P. Leibowitz, Trustee Expenses | $3.44 | $0.00 | $3.44 |

Total to be paid for chapter 7 administrative expenses: $1,304.08
Remaining balance: $4,181.95

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,181.95

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,181.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,785.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $511.76 | $0.00 | $198.44 |
| 2 | City Of Chicago Department of Revenue | $9,047.75 | $0.00 | $3,508.27 |
| 3 | Portfolio Recovery Associates, LLC | $1,225.64 | $0.00 | $475.24 |

|  | Total to be paid to timely general unsecured claims: | $4,181.95 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-43171-JSB
Shameeka D Partlow                                                      Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: mgonzalez            Page 1 of 1            Date Rcvd: Aug 25, 2015
                                Form ID: pdf006            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2015.
```
db            +Shameeka D Partlow,    11737 S. Ashland Avenue,    Chicago, IL 60643-5011
22689826      +Blatt, Hasenmiller, Leib,    10 S. La Salle St. Ste 2200,    Chicago, IL 60603-1069
22689827      +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
23249627      +City Of Chicago Department of Revenue,    c/o Arnold Scott Harris P.C.,    111 W Jackson Ste 600,
                Chicago, IL 60604-3517
22689836      +City of Chicago,    Dept of Finance Room 700,    121 N. La Salle St,    Chicago, ll  60602-1202
22689828      +Comenity Bank/VCTRSSEC,    PO Box 182789,    Columbus, OH 43218-2789
22689830      +Contract Callers Inc,    501 Greene Street,    Augusta, GA 30901-4415
22689831      +Cook Law Magistrate,    50 W. Washington Street,    Chicago, IL 60602-1305
22689829      +Credit Acceptance Corp,    PO Box 5070,    Southfield, Ml 48086-5070
22689833     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,     120 Corporate Blvd,    Norfolk, VA 23502)
23514033     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 Successor to Capital One Bank N.A.,    POB 41067,    Norfolk, VA 23541)
22689832      +Peoples Energy,    200 East Randolph,    Chicago, IL 60601-6302
22689834      +Progressive,    1405 Avenue T,    Grand Prarie, TX 75050-1234
22689835      +Sprint,    2710 N. Belt Line Rd,    Irving, TX 75062-5200
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22689833       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2015 00:10:27
                Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
23514033       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2015 00:10:57
                Portfolio Recovery Associates, LLC,    Successor to Capital One Bank N.A.,    POB 41067,
                 Norfolk, VA 23541
23226516       E-mail/Text: bnc-quantum@quantum3group.com Aug 26 2015 00:05:20
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 3
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2015 at the address(es) listed below:
```
              David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 2
```